**IT IS ORDERED as set forth below:**



Date: May 23, 2019

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**CHESTNUT FIRM, LLC d/b/a THE CHESTNUT FIRM, LLC,**<br><br>　　Debtor. | **CHAPTER 11**<br><br>**CASE NO. 18-56014-jrs** |
| **BFG LOAN HOLDINGS, LLC,**<br><br>　　Movant,<br><br>v.<br><br>**CHESTNUT FIRM, LLC d/b/a THE CHESTNUT FIRM, LLC,**<br><br>　　Respondents. | **CONTESTED MATTER** |

### <u>ORDER DISMISSING CASE</u>

THIS MATTER came before the Court on May 22, 2019, the Emergency Motion of **BFG LOAN HOLDINGS, LLC** ("BFG") for Entry of an Order: (1) requiring the Debtor Chestnut

33526035 v1

Firm, LLC d/b/a The Chestnut Firm, LLC ("**Debtor**") to make an immediate accounting of its use of all of BFG's cash collateral since the Petition Date, (2) requiring the Debtor to allow BFG and/or its agents immediate access to the Debtor's books, records and electronic files for inspection and audit, (3) granting BFG a super-priority administrative expense claim, and (4) dismissing this chapter 11 case (the "**Emergency Motion**") [Dkt. 117].

Present at the hearing were counsel for the Debtor, Cameron M. McCord and Leon S. Jones, counsel for BFG, Graham H. Stieglitz, David S. Weidenbaum for the Office of the United States Trustee and Matthew Macy for The Porter Firm, the largest unsecured creditor. The Court also heard from the Debtor's representative, Christopher Moore Chestnut. BFG, the United States Trustee and The Porter Firm all supported dismissal of the case.

After considering the presentations of the parties at the hearing, the papers and pleadings filed with the Court and all other matters of record, for all the reasons stated on the record, the Court finds cause exists to dismiss this case. Accordingly, it is hereby:

ORDERED that this chapter 11 case is hereby DISMISSED.

**END OF ORDER**

ORDER PREPARED AND SUBMITTED BY:

BURR & FORMAN LLP

/s/ Graham H. Stieglitz
Graham H. Stieglitz
Georgia Bar No. 682047
Valerie K. Richmond
Georgia Bar No. 142188

*Attorneys for BFG Loan Holdings, LLC*

Suite 1100, 171 Seventeenth Street, N.W.
Atlanta, Georgia 30363
(404) 815-3000 [dial]
(404) 817-3244 [telecopier]
gstieglitz@burr.com
vrichmond@burr.com

33526035 v1

2

## DISTRIBUTION LIST

Cameron M. McCord
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, Georgia 30309

Christopher Moore Chestnut
1201 W. Peachtree Street NE
Suite 2300
Atlanta, Georgia 30309

David S. Weidenbaum
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Matthew D. Macy
Cohen Cooper Estep & Allen, LLC
3330 Cumberland Blvd, SE, Suite 600
Atlanta, Georgia 30339

Victor W. Newmark
Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946

A. Todd Sprinkle
Parker Poe Adams & Bernstein LLP
1180 Peachtree Street NE, Suite 3300
Atlanta, Georgia 30309

Christine R. Etheridge
Wells Fargo Vendor Financial Services LLC
1738 Bass Road
Macon, Georgia 31210

Jason Sutherland
1625 S. Congress Ave., Suite 200
Delray Beach, Florida 33445

Graham H. Stieglitz
Burr & Forman LLP
171 17th Street NW, Suite 1100
Atlanta, Georgia 30363